IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALVIN JEROME POLK
#256422                                                                                          PLAINTIFF

v.                          No. 4:24-cv-1080-DPM-JTK

A. STRATFORD, Deputy, Pulaski County
Jail; A. HOLMES, Deputy, Pulaski
County Jail; ALLEN, Lieutenant, Pulaski
County Jail; Q. MAXFIELD, Deputy,
Pulaski County Jail; A. LEE, Lieutenant,
Pulaski Count Jail; CHRIS SANTEE,
Deputy, Pulaski County Jail; and T.
WILLIAMS, Deputy, Pulaski County Jail                              DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 45*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion for partial summary judgment, *Doc. 38*, is granted. Polk's sewage-related claims are dismissed without prejudice. His mold-related claims remain pending.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025