# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ALVIN JEROME POLK                                                                                     PLAINTIFF
ADC #185014

v.                                             4:24CV01080-DPM-JTK

A. STRATFORD, et al.                                                                              DEFENDANTS

## ORDER

On December 9, 2025, Defendants Allen, Holmes, Lee, Maxfield, Santee, Stratford, and Williams (collectively, "Defendants") filed a Motion to Compel. (Doc. No. 60). See Fed. R. Civ. P. 37(a)(3)(B). Alvin Jerome Polk ("Plaintiff") has not responded and the time for doing so has passed. Fed. R. Civ. P. 6(c)(1); Rule 7.2(b) of the Local Rules for the United States District Court for the Eastern and Western Districts of Arkansas. Defendants' Motion (Doc. No. 60) is GRANTED.

On October 20, 2025, Defendants propounded their second set of interrogatories to Plaintiff. (Doc. No. 60-1 at 1-6). On November 24, 2025, Defendants made a good faith effort to obtain Plaintiff's responses without the aid of the Court. (Doc. No. 60-1 at 7; Doc. No. 60-2). Defendants filed their Motion to Compel after Plaintiff failed to provide his responses. Because Plaintiff has not responded after Defendants' good faith effort to obtain Plaintiff's answers, the Court grants Defendants' Motion to Compel.

IT IS THEREFORE ORDERED that:

1. **Plaintiff must respond to Defendants' outstanding discovery requests within fifteen (15) days of the date of this Order. If Plaintiff does not do so, I will recommend that this case be dismissed without prejudice. Fed. R. Civ. P. 37(b)(2)(v); Fed. R. Civ. P. 41(b).**

2. The Clerk of the Court is directed to send Plaintiff a copy of Defendants' Motion and Brief in Support (Doc. Nos. 60 and 61) along with a copy of this Order.

Dated this 6th day of January, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE