IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

ALVIN JEROME POLK
#256422                                                                    PLAINTIFF

v.                                    No. 4:24-cv-1080-DPM

A. STRATFORD, Deputy, Pulaski County
Jail;  A. HOLMES, Deputy, Pulaski
County Jail;  ALLEN, Lieutenant, Pulaski
County Jail;  Q. MAXFIELD, Deputy,
Pulaski County Jail;  A. LEE, Lieutenant,
Pulaski Count Jail;  CHRIS SANTEE,
Deputy, Pulaski County Jail;  and T.
WILLIAMS, Deputy, Pulaski County Jail          DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 71*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The motion for summary judgment, *Doc. 67*, is granted. Polk's remaining claims will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 June 2026_