IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2026

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

**ALVIN JEROME POLK**
**#256422**                                                                     **PLAINTIFF**

v.                                    No. 4:24-cv-1080-DPM

**A. STRATFORD, Deputy, Pulaski County**
**Jail;  A. HOLMES, Deputy, Pulaski**
**County Jail;  ALLEN, Lieutenant, Pulaski**
**County Jail;  Q. MAXFIELD, Deputy,**
**Pulaski County Jail;  A. LEE, Lieutenant,**
**Pulaski Count Jail;  CHRIS SANTEE,**
**Deputy, Pulaski County Jail;  and T.**
**WILLIAMS, Deputy, Pulaski County Jail**                **DEFENDANTS**

## JUDGMENT

Polk's sewage-related claims are dismissed without prejudice. *Doc. 46.* All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
17 June 2026